In The United States Courts,
Southern District of Ohio

Samuel Hoffmeyer (761637)    *    COMPLAINT:
Lebanon Correctional Inst.
State Route 63 (LeCI)    *    Case# 1:20CV637
Lebanon, Ohio 45036
     Petitioner,    *    Petitioners Complaint
   v.                            For Request For Federal
Ohio Department of    *    Writ of Mandamus
Rehabilitation and Correction      and Injuctive Relief
Director, Annette Chambers-Smith *
     Respondant, et al,

Lebanon Correctional Inst
   Warden, Harris (LeCI)
   State Route 63
   Lebanon, Ohio 45036
     Respondant,

Lebanon Correctional Inst.
Prea Coordinator, Mr. Hudson (LeCI)
State Route 63
Lebanon, Ohio 45036
     Respondant,

Lebanon Correctional Inst.
Institutional Inspector, Devin Hoover (LeCI)
State Route 63
Lebanon, Ohio 45036
     Respondant,

FILED
RICHARD W. NAGEL
CLERK OF COURT
20 AUG 18 PM 2:15
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

DEOTT
M.J. BOWMAN

Ohio Department of Correction (ODRC)
Chief Inspector, Chris Lambert
4545 Fisher Road, Suite D
Columbus, Ohio 43228
                Respondent.

    Now comes, Samuel Hoffmeyer, (761637), Petitioner Pro Se, Requesting a Federal writ of mandamus granting him Judgement against The Ohio Department of Rehabilitation and Correction, et al (ODRC), Requesting Specifically, that (ODRC) Director and (LeCI) Warden, as well as Prea Compliance manager, comply with Federal Prison Rape Elimination Act (Prea), Specifically (ODRC) Policy and Administrative Rule 79-ISA-(02)(03)(04)(05).

    Furthermore, Petitioner Request instant injuction and Judgement to Remove all Restrictions Pursuant to Administrative Rule 5120-9-31 Inmate Grievence procedure and exhustion, further Preventing Petitioners writ and access to Courts to Redress Conditions of his confinement Specifically, Prea Complaints pursuant to 79-ISA-(02) Reporting, and Staff/Inmate Retaliation.

    Moreover, Petitioner request Judgement against (ODRC) Chief Inspector, and (LeCI) Institutional Inspector to cease and disist any current or future restrictions as to his Ability to Report Sexual Abuse, Retaliation, and (ODR) Staffs failure to comply with Federal Law.

-1-

by Institutional Inspector (LeCI) and Chief Inspector (ODRC).

## Statement of Facts

The Petitioner, Samuel Hoffmeyer while under direct care and custody of the Ohio Department of Rehabilitation and Correction (ODRC) became sexually Assaulted in former Institution Mansfield Correctional Institution (ManCI) on January 10, 2019. As result Inmate Hoffmeyer Filed Prea Complaint Pur 5120-9-31 Inmate Hoffmeyer was placed on and subject to 79-ISA-(02)(04) Classification, Accommodation, and monitoring 90 days.

Further, I was transfered and seperated from my Abuser. Pur 79-ISA-04(C)(3)(b) by (ManCI). Upon my arrival to Lebanon Correctional Inst. on March 17, 2020.

However, (LeCI) receiving Staff did not honor Prea Protocol contrary to 79-ISA-04 Accommodation, monitoring Policy, was not followed leading to further Abuse. In fact, (LeCI) Staff where Deliberatly Indiffernt to my Prea Classification. they did not comply with Protocol as for requirements by (ODRC) DOTS Portal Database inte/Transfer when classifying me. Infact, I was never provided Prea Classification as Potential at Risk Inmate. Upon my arrival I was classed directly into general Population with another inmate leading to the first assault at (LeCI) after the additinal assault I was denied Prea Protocol Report 79-ISA-(02)(04).

-2-

I was reclassed a second time to general population with another Inmate who orally Raped me and committed (GSI) Gross Sexual Imposition. Here, had I been Single Celled according to Prea Protocol Accommodation this would more likely not have occured. After my filing Prea Complaints as to the two Sexual assaults Per 5120-9-31 to Institutional Inspector (LeCI) and confronting (LeCI) staff as to the violations in defense Inspectors Howe and Lambert place Grievance Restriction as strategy to creat censorship and estopple designed to Prevent me from Grieving the Conditions of my confinement and my access to courts and to Redress my right to be free from Sexual Assault. Here, as a result of the manifestation of repeated Prea violations Prea Coordinator, Investigators, and Inspector are now refusing me any Protdection of Prea Fedeal Law Policy. As result I sought Protective Custody and was placed into Isolation where I am being denied all Institutional Correspondence. I was told Prea Transfer was denied 79-ISA-04(C)(3)(b). Here, Seperation of Abuse is a requisite of Protocol. I was told I would remain in Isolation unit my Release date next year, I am being punished for being victim to Sexual Assault. The Proper Protocol would be to transfer me for my safty so that I may enjoy the same opportunities as other Inmates are. I have exhusted all Administrative remedies to my ability and Institutnel Inspector has restricted my ability to further Grieve the Conditions of my confinement. After may 08, assault, I was refused Prea Complaint pur 5120-9-31 and Inmate incident Report Statement per 79-ISA-(02) Reporting.

-3-

by (LeCI) Institutional Investigators, and Institutional Inspector. I have been denied (ODRC) complaint Statements and related documents. I was further denied Criminal Complaint(s) for five Sexual Assaults which under Ohio Revised Code are Felony Sex offenses. The Ohio State Highway Patrol (OSHP) having Jurisdiction over the Ohio Department of Rehabilitation and Correction refused to Prosecute Abusers. Here, (LeCI) Investigators influenced State Trooper not to file criminal charges against (LeCI) Inmates after Prea violations Per 79-ISA-(02)(04). Further, due to the manifest of Policy violations now (LeCI) Staff, Warden, Investigators, and Inspector are deliberately Indifferent to my having been repeatedly Sexually Assaulted. As result of (LeCI) Staffs refusal to properly house and accommodate and provide Proper Protection under Federal Law, I Sought Protective Custody due to my fear of Further Sexual Abuse and retaliation. I am currently in Single Cell Isolation. I am being denied Abuse Counseling, accommodation, monitoring, and Transfer Seperation Per- 79-ISA-(02)(04)(c)(3)(b).

    Petitioner now Petitions this Court for Federal Protection and Relief under The Federal Prison Rape Elimination Act, further requesting injuctive relief through an order compelling Respondents to comply with Federal Law and do the following:

- 4 -

## Relief

1). Order that, Inmate Petitioner Hoffmeyer (761637) be transferred Pursuant 79-ISA-04(c)(3)(b) to another State Correctional Institution and released from Isolation.

2). Order that, Inmate Petitioner Hoffmeyer (761637) have Inmate Seperation(s) of Abuser's to be placed into (ODRC) Dots Portal Database Statewide.

3). Order that, Inmate Hoffmeyer (761637) be accommodated, monitored, and Single Celled for the duration of his sentence and release on 5-9-21 due to continued Sexual Assaults, Sexual Harassment, and Retaliation Per 79-ISA(02)(04).

4). Order that, All inmates committing Sexual Assaults against Inmate Petitioner Hoffmeyer (761637) be Prosecuted according to Ohio Revised Code.

5). Order that, (ODRC) Chief Inspector, Chris Lambert, and (LeCI) Institutional Inspector, Devin Hoover, immediatly remove any/All restrictions Pur 5120-9-3 Prohibitting Inmate Petitioner's ability to Report Sexual Assault, Prea Policy violations, Staff retaliation. and Prohibit any further such Restriction during his remaining Sentence.

- 5 -

6). Order that, (ODRC) Chief Inspector, Chris Lambert, Provide Inmate Petitioner Hoffmeyer (761637) All (ICR) Informal complaint resolutions Per 5120-9-31 for all the following Institutions, so that Inmate Petitioner may file a U.S. 42 1983 tort claim and to be able to comply with Exhustion of administrative Remedies and to lawfully redress conditions of his Confinement and to avoid adverse Judgement/Summery Judgement. Institutions being: (LoRCI) (mcI)(LaeCI) (moncI) and (LeCI) request Pursuant to R.C. § 149.43. (C)(2)(3)(a)(i)(ii)(b).

### Damages

The Petionor Inmate Hoffmeyer (761637) request that all remedial court cost be taxed to the Respondents in the above styled action.

Respectfully Requested,
Samuel Hoffmey
Samuel Hoffmeyer (761637)
Lebanon Correctional Inst.
State Route 63
Lebanon, Ohio 45036
Petitioner, Pro Se

-6-

#(761-637)
Lebanon Correctional Inst.
State Route 63
Lebanon, Ohio 45036

INMATE
CORRESPONDENCE

100 East 5th Street
Suite 103
Cincinnati, Ohio 45202