IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Samuel Hoffmeyer,

    Plaintiff(s),

vs.

Director Annette Chambers-Smith

    Defendant(s).

Case Number: 1:20cv637

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 28, 2020 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 22, 2021, hereby ADOPTS said Report and Recommendation.

Accordingly, the complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(1) with the exception of plaintiff's Eighth Amendment deliberate-indifference/failure-to-protect claims against defendants.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court